# EXHIBIT 1



# SEO Service Agreement

This SEO Service Agreement, designed by Page One Power is created exclusively for use by Raleigh Realty

# Table of Contents

**Table of Contents**
    1. The Basics
    2. What others are saying.
    3. Assessment & Recommendations
    4. The Initial Investment & Deliverables
    5. TERMS
    6. Acceptance
**Terms and Conditions**

# 1. The Basics

Before we get in to our plan. It's important that you understand a few basic concepts about us:

| Principle | Why It Matters |
|---|---|
| **Truly Organic Links** | We build links that are earned based on the quality of your content and the value it provides to audiences on the web. This means no paid links and no PBN's but it also means you need to have content worthy of earning links. |
| **Transparency** | Every campaign is led by a project manager who will have multiple calls each month with you discuss progress and will provide a reporting dashboard that will show results and provide updates |
| **Custom Strategy** | Our campaigns are custom tailored to accomplish the goals of your campaign. This means building out white hat strategies that strategically target your unique goals. |
| **True Partnership** | We believe that success is contingent upon clear communication and collaboration. SEO isn't done in a silo it's meant to dovetail with all marketing efforts. We're not a vendor that builds links we are partners in your organic search success. |
| **Proudly Boise** | Our team is based in Boise, ID. All of our work comes from the USA. |

# Check out our detailed case studies!
## SEO CASE STUDIES

## 2. What others are saying.



**Check Out Our Reviews:**







Document Ref: DYCV9-R6JJO-A2ZTX-NJP5C

# 3. Assessment & Recommendations

This campaign will focus on accomplishing the following goals/objectives:

- Develop a strategy that allows for the consistent acquisition of organic backlinks for UpHomes.com

- Increase rankings for Home & Real Estate Keywords for the Charlotte Area

Our initial assessment involves the following steps:

1. Assessing Traffic, Links, and Content for your site and your top competitors
2. Using exports of SEMRush data to how your competitors are driving traffic and using this identify gaps in your current content strategy.
3. Finding under-promoted linkable content on your site.
4. Providing recommendations for how we can close gaps and create a pathway to long-term, sustainable growth for your organization.

Our initial research shows that your site performs better than most of your competitors from a traffic perspective, although it lags behind in links. The differentiating factor appears to be your content which has allowed your site to drive traffic from a variety of queries related to the Charlotte area:

| Row Labels | Sum of Search Volume | Average of Position | Sum of Traffic |
|---|---|---|---|
| https://www.uphomes.com/blog/moving-to-mooresville-nc.html | 54040 | 43 | 3614 |
| https://www.uphomes.com/blog/neighborhoods-charlotte-nc.html | 84830 | 45 | 1721 |
| https://www.uphomes.com/blog/moving-to-charlotte-nc.html | 160450 | 51 | 1073 |
| https://www.uphomes.com/blog/real-estate-agent-charlotte.html | 18290 | 56 | 134 |
| https://www.uphomes.com/downtown-charlotte.php | 11650 | 37 | 109 |
| https://www.uphomes.com/blog/restaurants-charlotte-nc.html | 116870 | 59 | 103 |
| https://www.uphomes.com/charlotte.php | 61000 | 39 | 94 |
| https://www.uphomes.com/homes-for-sale-charlotte-100000-150000.php | 9830 | 38 | 55 |
| https://www.uphomes.com/blog/moving-to-gastonia-nc.html | 3350 | 39 | 41 |
| https://www.uphomes.com/blog/ | 350 | 56 | 32 |
| https://www.uphomes.com/blog/first-time-home-buyer.html | 8130 | 49 | 14 |
| https://www.uphomes.com/noda.php | 7330 | 40 | 13 |
| https://www.uphomes.com/blog/beaches-near-charlotte-nc.html | 1550 | 53 | 11 |
| https://www.uphomes.com/concord.php | 10190 | 39 | 10 |
| https://www.uphomes.com/blog/moving-to-concord-nc.html | 5410 | 53 | 9 |
| https://www.uphomes.com/blog/buying-home-charlotte-nc.html | 430 | 42 | 7 |
| https://www.uphomes.com/reserve-at-canyon-hills.php | 590 | 18 | 1 |

As we can see your top performing pages are your blog pages. When it comes to creating keyword-focused content you'll want to continue leaning into writing

Document Ref: DYCV9-R6JJO-A2ZTX-NJP5C

RaleighRealty000108   Page 5 of 13

content about the different neighborhoods and suburbs around Charlotte. Regarding your competitors it appears that Savvy+Co Real Estate are getting most of their traffic from a piece about zip codes in the Charlotte area they do have additional content about specific neighborhoods ie. Dilworth, Oakhurst, Country Club Heights etc, that drives around 800 visitors per month:

| Row Labels | Sum of Search Vol | Average of Posi | Sum of Traffic |
|---|---|---|---|
| https://www.savvyandcompany.com/charlotte-area-zip-code-mecklenburg-county-neighborhood-map/ | 152170 | 40 | 14515 |
| https://www.savvyandcompany.com/ | 144370 | 47 | 1757 |
| https://www.savvyandcompany.com/charlottes-walkable-neighborhoods/ | 13230 | 46 | 171 |
| https://www.savvyandcompany.com/moving-here/hoods-we-like/dilworth/ | 7710 | 32 | 157 |
| https://www.savvyandcompany.com/moving-here/hoods-we-like/oakhurst/ | 1950 | 37 | 133 |
| https://www.savvyandcompany.com/idx/query?sort=s&af=1&area=30&subdivision=Badin%20Shores%20Resort/ | 2570 | 30 | 89 |
| https://www.savvyandcompany.com/moving-here/hoods-we-like/country-club-heights/ | 1900 | 31 | 72 |
| https://www.savvyandcompany.com/moving-here/hoods-we-like/cotswold/ | 4340 | 35 | 69 |
| https://www.savvyandcompany.com/moving-here/hoods-we-like/myers-park/ | 11050 | 26 | 64 |
| https://www.savvyandcompany.com/moving-here/hoods-we-like/midwood/ | 14440 | 40 | 63 |
| https://www.savvyandcompany.com/moving-here/hoods-we-like/highland-creek/ | 5220 | 29 | 53 |
| https://www.savvyandcompany.com/top-10-neighborhoods-in-charlotte-nc-in-real-estate-sales/ | 15950 | 45 | 50 |
| https://www.savvyandcompany.com/cidx/charlotte_homes/neighborhood/Carriage_Company_Condo~16~cnd | 360 | 23 | 50 |
| https://www.savvyandcompany.com/cidx/charlotte_homes/neighborhood/Park_Walk~4_5_6~cnd | 160 | 3 | 46 |
| https://www.savvyandcompany.com/moving-here/hoods-we-like/the-arts-district-noda/ | 18720 | 42 | 44 |
| https://www.savvyandcompany.com/idx/?op=query&proptype=cnd&subdivision=Tranquil+Court&area=5&_srf=1 | 3060 | 18 | 43 |
| https://www.savvyandcompany.com/category/open-houses/ | 820 | 26 | 41 |
| https://www.savvyandcompany.com/moving-here/hoods-we-like/merry-oaks/ | 1500 | 52 | 37 |
| https://www.savvyandcompany.com/category/modern-homes-for-sale-in-charlotte/ | 3710 | 32 | 35 |
| https://www.savvyandcompany.com/moving-here/hoods-we-like/southpark/ | 10110 | 35 | 30 |
| https://www.savvyandcompany.com/moving-here/hoods-we-like/wilmore/ | 1460 | 27 | 28 |
| https://www.savvyandcompany.com/moving-here/hoods-we-like/eastover/ | 1640 | 43 | 28 |
| https://www.savvyandcompany.com/cidx/charlotte_homes/neighborhood/Piedmont_Row~4_5_6~cnd | 1450 | 28 | 27 |
| https://www.savvyandcompany.com/best-deal-in-monteith-park-huntersville-nc/ | 1100 | 24 | 26 |
| https://www.savvyandcompany.com/our-agents/janelle-rayford/ | 200 | 31 | 23 |
| https://www.savvyandcompany.com/cidx/charlotte_homes/SouthPark-condos/listings/ | 9180 | 38 | 23 |
| https://www.savvyandcompany.com/our-agents/kendra-c-johnson/ | 1140 | 52 | 21 |
| https://www.savvyandcompany.com/look-whos-savvy-now-kendra-c-johnson/ | 5400 | 17 | 21 |
| https://www.savvyandcompany.com/savvy/stonehaven/ | 1230 | 26 | 21 |
| https://www.savvyandcompany.com/our-agents/amy-dupree-stroupe/ | 150 | 24 | 20 |
| https://www.savvyandcompany.com/our-agents/jennifer-monroe/ | 900 | 42 | 18 |
| https://www.savvyandcompany.com/our-agents/melissa-christiansen/ | 760 | 47 | 18 |
| https://www.savvyandcompany.com/our-agents/ | 3010 | 50 | 18 |
| https://www.savvyandcompany.com/idx/?op=query&proptype=res&subdivision=Badin+Shores+Resort&area=30 | 1130 | 21 | 18 |
| https://www.savvyandcompany.com/our-agents/shannon-lynch/ | 930 | 20 | 17 |
| https://www.savvyandcompany.com/moving-here/hoods-we-like/sedgefield/ | 3280 | 24 | 17 |
| https://www.savvyandcompany.com/moving-here/hoods-we-like/elizabeth/ | 2540 | 35 | 17 |
| https://www.savvyandcompany.com/moving-here/hoods-we-like/fourth-ward/ | 4120 | 38 | 17 |

Going forward, I'd recommend continuing to create the locally focused content that you're using to rank for keywords, adding in some competitor research to identify additional opportunities.

Page One Power will be creating Linkable Resource Guides that will be top of the funnel, more generic content for link acquisition to help your website earn links from more authoritative nationwide sites. Topics might include something like "A guide to prepare your home for someone with Alzheimers." This is simply an example of a topic. From there use internal linking from the linkable content to support your other content and service pages.

Keyword Opportunities

| Keyword | Monthly Search | Current | URL |
|---|---|---|---|

Document Ref: DYCV9-R6JJO-A2ZTX-NJP5C                                         RaleighRealty000109    Page 6 of 13

|  | Volume | Ranking |  |
|---|---|---|---|
| Homes For Sale in Charlotte NC | 18,100 | 19 | https://www.uphomes.com/charlotte.php |
| suburbs of Charlotte NC | 1,300 | 10 | https://www.uphomes.com/blog/neighborhoods-charlotte-nc.html |
| Charlotte Neighborhood Map | 1,000 | 10 | https://www.uphomes.com/blog/neighborhoods-charlotte-nc.html |
| best suburbs of Charlotte NC | 590 | 10 | https://www.uphomes.com/blog/neighborhoods-charlotte-nc.html |

**1. Keyword Research/Content Analysis:** This will be in-depth research to identify what keywords, pages, and content are driving traffic in your industry. We'll use this research to provide you with consultation on what kinds of keywords will be most meaningful and what pages need to be created on your site.

**2. Content Creation:** Content is a huge part of helping Google recognize your site as an authoritative source in your industry. It's also important to have linkable content that will engage audiences on the web.

> I. Linkable Resource Guide: This is a long-form piece of content that targets an audience that is relevant to your services and has many resource pages dedicated to them on the web. Our team will then craft a 3,000+ word guide that provides helpful information to this audience in the hopes of getting it placed on resource pages.

**3. Organic Link Building:** We will use two primary strategies for link acquisition; Content Link Building & Research Link Building:

> I. Content Link Building: Our writers will use content from your website as a source within articles they write for 3rd party publications, they will then link to your content as a way of citation:



II. Research Link Building: This is a series of tactics that don't involve the creation of content for the 3rd party site. Among the possible strategies are: Resource Links, Competitor Backlinking, Unlinked Mentions, and Broken Link Building.



## 4. The Initial Investment & Deliverables

Document Ref: DYCV9-R6JJO-A2ZTX-NJP5C   RaleighRealty000111   Page 8 of 13

Website URL: UpHomes.com

| Name | Price | Quantity | Subtotal |
|---|---|---|---|
| Link Building<br>Customized, research-based link building designed to achieve results to grow your business. Guarantee of 60 links during the initial agreement. | $40,000.00 | 1 | $40,000.00 |
| Content Creation - Linkable Resource Guide<br>Each guide is strategically developed to be highly linkable: as we develop a plan for our content strategy, we identify 100 link opportunities for each guide, which supports scalable link building. | $2,500.00 | 4 | $10,000.00 |

|  |  |
|---|---|
| Subtotal | **$50,000.00** |
| Discount (10%) | **-$5,000.00** |
| **Total** | **$45,000.00** |

Pricing represents the full spend for the initial 6-month term of the Agreement. **Page One Power will invoice monthly at $7,500.**

*Deliverables after the initial term will be agreed upon by Project Manager and Raleigh Realty ahead of any future term and may or may not reflect initial term deliverables as outlined above.

# 5. TERMS

Prior to signing, proposal may be amended upon collaboration with the client, Raleigh Realty, at the discretion of Page One Power.

# 6. Acceptance

Your signature below indicates acceptance of this SEO proposal, and will serve as the contractual agreement, along with the terms and conditions below, between Page One Power and Raleigh Realty.

**Start Date:** Contract start date begins on the date this contract has been signed by both parties.
**End of Initial Term: 181 days** after contract sign date.

**Agreement will auto-renew in 3 month terms unless client submits notice of non-renewal 30 days before end of term.**

Raleigh Realty

Signature: *Ryan Fitzgerald*

Date: 01/14/2021

Page One Power

Signature: *Harris McMullin*

Date: 01/19/2021

Document Ref: DYCV9-R6JJO-A2ZTX-NJP5C     RaleighRealty000113  Page 10 of 13

# Terms and Conditions

*R.F.*

**NOW, THEREFORE, in consideration of the mutual covenants and promises hereinafter contained, Company and Client agree to the following:**

1. Term - The initial term of this agreement will be executed for the number of days outlined in section "Acceptance" of the proposal after contract sign date. Agreement will auto-renew in 3 month terms unless client submits notice of non-renewal 30 days before end of term

**2.Services** – Company agrees to provide Client with Search Engine Optimization Services as described in this Agreement Section "Initial Term Investment and Deliverables".

2.1.Goals – Company and Client agree to establish short-term goals for Client's campaign during an initial phone call between Client and Company. Ongoing communication between Client and Company will allow campaign goals to be reassessed and modified on a regular basis, as deemed necessary by Client or Company.

2.2.Client Support – Company is available via phone, email or online chat Monday through Thursday, between the hours of 7:00 am MT and 5:00 pm MT, excluding national holidays.

**3.Fees; Limitations on Refunds and Cancellation Fees** – Client invoicing will be on the same day each month as indicated by contract signature date. Client agrees to pay Company the agreed dollars for each full month of the term of this Agreement as outlined in section "Initial Term Investment and Deliverables" of the proposal, and Client agrees to pay Company any and all fee(s) as billed in accordance with this Agreement. Any increase or decrease in services requested by Client will be subject to pricing changes.

   3.1.The fee(s) must be received prior to the start of any term of SEO Services. After receiving the fee(s), Company will promptly begin its services per this Agreement between the Parties.

   3.2.Renewals for fewer than three-month terms that are approved by the Company will be billed an additional $250 per $3,500 spend.

   3.3.If Company fails to meet the deliverables listed in section "Initial Term Investment and Deliverables" of the proposal by the end of the term, Company has an additional 30 days to finish work as outlined in section "Initial Term Investment and Deliverables" of the proposal.

   3.4 Company will not be held liable for missed deadlines if caused by a lack of communication, approvals or actions required by Client.

   3.5.Refunds will be calculated based on the percentage of unsuccessful work completed as per section "Initial Term Investment and Deliverables" of proposal, within that same term and applied to the fees collected for and related to that term.

   3.6.If Client discontinues services or terminates this agreement during agreed term, Client forfeits their right to a refund related to the Guarantee. This does not apply to non-renewal notices submitted by Client to discontinue services at the end of agreed term.

   3.7.Client further agrees to pay upon cancellation/termination the amount of any fees or other amounts due to Company as provided in the Agreement.

Document Ref: DYCV9-R6JJO-A2ZTX-NJP5C                                    RaleighRealty000114 Page 11 of 13

3.8. Client agrees that in the event of any termination of this Agreement by Client, refunds not related to the Guarantee shall be given only for "Future" terms of services that were paid in advance and will not be granted for current or previous terms where service has been provided.

3.9. Company will require 30 days to process refund requests.

**4. Default** – All payments not received within five (5) days of the due date will result in default.

4.1. Upon default, Company reserves the right to remove all marketing campaigns and any other ongoing campaigns for Client's site(s). Company and Client will use good-faith efforts to resolve the default promptly.

4.2. If default persists for more than thirty (30) days, Company shall remove all marketing campaigns and any other ongoing campaigns for Client's site(s) and will pursue all collection efforts it deems necessary for collecting all outstanding fees.

4.3. All amounts outstanding to Company shall be assessed late fees at a rate of one percent (1%) per month.

**5. Client Authorizations** – Client hereby authorizes and agrees to the following:

5.1  Company shall have the right to use Client's name, logos, trademarks, website images, and other content for use in creating informational pages used by Company for SEO purposes.

5.2 Company shall have the right to use Client campaign data, including description of work, for marketing and other purposes designed to promote Company.

**6.   Client Acknowledgements** – Client understands, acknowledges and agrees that Company has no control over the policies of search engines or directories with respect to the type of sites and/or content that they accept now or in the future. Client's website may be excluded from any search engine or directory at any time at the sole discretion of the search engine.  Company does not warrant that the SEO services will meet the client's expectations or requirements.  Company offers no guarantee of present or future placement of Client's website in any specific search engine.

**7.   Indemnification** – Client and Company shall indemnify and hold harmless each other (and its subsidiaries, affiliates, officers, agents, co-branders or other partners, and employees) from any and all claims, damages, liabilities, costs, and expenses (including, but not limited to, reasonable attorneys' fees and all related costs and expenses) incurred by Company or Client as a result of any claim, judgment, or adjudication against Company or Client.

**8. Confidentiality** – The parties agree to hold each other's Proprietary or Confidential Information in strict confidence. "Proprietary or Confidential Information" shall include, but is not limited to, written or oral contracts, trade secrets, know-how, business methods, business policies, memoranda, reports, records, computer retained information, notes, or financial information.

**9. Notice and Payment** – Any notice required to be given under this Agreement shall be delivered to the other designated party via email, certified/registered mail to the address indicated below. Either party may change its address to which notice or payment is to be sent by written notice to the other under any provision of this paragraph.

**10.   Disputes** – Client and Company agree to make a good-faith effort to resolve any disagreement arising out of, or in connection with, this Agreement through negotiation. Should the parties fail to resolve any such disagreement within thirty (30) days, any controversy or claim arising out of or relating to this Agreement, including, without limitation, the interpretation or breach thereof, may be submitted to Arbitration in Ada County, Idaho and in accordance with the Commercial Arbitration Rules of the American Arbitration Association.  Any use of arbitration for dispute resolution under this Agreement shall be at the sole discretion of Company.

Document Ref: DYCV9-R6JJO-A2ZTX-NJP5C

**11. Governing Law** – This Agreement shall be governed, construed, and enforced in accordance with the laws of the State of Idaho, without regard to its conflict of laws rules.

**12. Jurisdiction** – If either party brings against the other party any proceeding arising out of this Agreement, including any arbitration or litigation proceedings, that party may bring that proceeding only in Ada County, Idaho, and each party hereby submits to the exclusive jurisdiction of those courts for purposes of any such proceeding.

**Client Billing Information: (For billing purposes only)**

|  | **Customer Information** | **Company Information** |
|---|---|---|
| **Client:** | Ryan Fitzgerald | Page One Power |
| **Contact:** | Ryan Fitzgerald | Finance Department |
| **Address:** | 324 S Wilmington St Raleigh, NC 27601 | 3100 N Lake Harbor Suite 254 |
| **City/State/Zip:** | Raleigh NC 27601 | Boise, ID 83703 |
| **Email:** | Ryan@RaleighRealtyHomes.com | finance@pageonepower.com |
| **Email CC:** | Ryan@uphomes.com |  |
| **Direct Accounting Phone:** | 9784601398 | 208-229-8090  Fax:208-229-8002 |

**SEO Client Contact Information: (For link reporting purposes only)**

|  | **SEO Contact Information** |
|---|---|
| **Point of Contact:** | Ryan Fitzgerald |
| **Point of Contact Phone:** | 9784601398 |
| **Point of Contact Email:** | Ryan@RaleighRealtyHomes.com |
| **Email CC:** | Ryan@uphomes.com |

# Signature Certificate

Document Ref.: DYCV9-R6JJO-A2ZTX-NJP5C

Document signed by:



**Ryan Fitzgerald**

E-mail:
ryan@raleighrealtyhomes.com

Signed via link

IP: 75.7.143.84　　　　Date: 14 Jan 2021 14:51:42 UTC





**Harris McMullin**

Verified E-mail:
hmcmullin@pageonepower.com

IP: 75.174.154.201　　　　Date: 14 Jan 2021 20:00:39 UTC



Document completed by all parties on:
14 Jan 2021 20:00:39 UTC

Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your company's revenue by accelerating the way it transacts.



Addendum for Vendor Investment Inclusions

Page One Power (Company) will accept authorized vendors of Raleigh Realty (Client) to invest in SEO work for Raleigh Realty.

Any funds received from authorized vendors will be credited to Raleigh Realty through the duration of the current contract term or contract continuation and may be used for any services Page One Power provides.

Funds credited to Raleigh Realty that remain after contract expiration will be applied to any services requested by Raleigh Realty.

Work conducted by Page One Power for funds received from vendors of Raleigh Realty will be decided between Client and Company and executed in a reasonable time frame agreed upon by both parties.

Cancellation of any vendor investment must be notified in writing by Client at least 10 days prior to invoice due date. Invoice is due on the 1st of each month. Page One Power will also include the following information on the initial invoice:

**Net 30 Terms**

- $15,000 - Ryan Fitzgerald, Realtor and website owner at Raleigh Realty

    - Services Provided for Raleigh Realty:
        - Link building
        - Content creation
        - SEO Consulting and Strategy Development

- $15,000 – Chuck Shackelford, Executive Vice President at CrossCountry Mortgage

    - Web Marketing Services provided by Raleigh Realty:

        - Get Pre-Qualified CTA on real estate listings
        - Addition of CCM LO on "Agents" page
        - Hyperlink called "Lending" to CCM Team site from Footer
        - CCM Team Logo placement on the Mortgage Calculator
        - Fair market value of approximately $10CPM

Page One Power

Signature __*Nick Katseanes*_____

Name __Nick Katseanes_____

Raleigh Realty

Signature __*Ryan Fitzgerald*_____

Printed Name __Ryan Fitzgerald_____

Vendor Company __CrossCountry Mortgage_____

Vendor Monthly Investment: __$15,000.00_____

Vendor Contact Name __Chuck Shackelford_____

Title __Executive Vice President_____

Vendor Signature 1 __*Chuck Shackelford*_____

Vendor Signature 2 __*Beth Keckley*_____

Vendor Signature 3 __*CrossCountry Mortgage Billing*_____

Contact Email 1: __Charles.Shackelford@myccmortgage.com_____

Contact Email 2 __Ryan.Judy@myccmortgage.com_____

Billing Email __Ryan.Judy@myccmortgage.com_____

Billing CC Email: __CCMCorpMarketingInvoice@myccmortgage.co_____

Document Ref: GTUMA-KKGHY-PUTIX-GJYJB

RaleighRealty000119   Page 2 of 3

Date: 03/31/2021

Document Ref: GTUMA-KKGHY-PUTIX-GJYJB

RaleighRealty000120 Page 3 of 3

# Signature Certificate

Document Ref.: GTUMA-KKGHY-PUTIX-GJYJB

Document signed by:



**Nick Katseanes**

Verified E-mail:
nkats@pageonepower.com



| IP: 75.174.220.102 | Date: 05 Apr 2021 13:52:43 UTC |



**CrossCountry Mortgage Billing**

Verified E-mail:
ccmcorpmarketinginvoice@myccmortgage.com



| IP: 208.40.28.146 | Date: 05 Apr 2021 14:09:44 UTC |



**Chuck Shackelford**

E-mail:
charles.shackelford@myccmortgage.com

Signed via link



| IP: 174.104.212.24 | Date: 12 Apr 2021 18:01:51 UTC |



**Ryan Fitzgerald**

Verified E-mail:
ryan@raleighrealtyhomes.com



| IP: 75.7.143.84 | Date: 12 Apr 2021 18:03:53 UTC |

Document completed by all parties on:
12 Apr 2021 21:24:55 UTC

Page 1 of 2



Signed with PandaDoc.com

PandaDoc is the document platform that boosts your company's revenue by accelerating the way it transacts.



# Signature Certificate

Document Ref.: GTUMA-KKGHY-PUTIX-GJYJB

Document signed by:



**Beth Keckley**

Verified E-mail:
beth.keckley@myccmortgage.com

*Beth Keckley*

IP: 108.90.58.130    Date: 12 Apr 2021 21:24:55 UTC

Document completed by all parties on:
12 Apr 2021 21:24:55 UTC

Page 2 of 2



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your company's revenue by accelerating the way it transacts.



Case 5:25-cv-00462-FL    Document 1-1    Filed 07/30/25    Page 20 of 20

RaleighRealty000122